# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUSTEE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM CUTLIP, et al., <br><br> Defendants. | Case No. 16-cv-04255-BLF <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATON OF MAGISTRATE JUDGE COUSINS AND REMANDING ACTION TO THE SANTA CLARA SUPERIOR COURT** |

On August 30, 2016, Defendant William Cutlip filed an objection to the Report and Recommendation ("R&R") of Magistrate Judge Nathanel M. Cousins remanding this unlawful detainer action and denying Defendant's motion to proceed in forma pauperis. *See* ECF 9, 15. The Court has reviewed and thoroughly considered Judge Cousins' R&R and the arguments in Cutlip's objection. Finding the R&R correct, well-reasoned, and thorough, the Court adopts it in every respect.

Defendant, as the party seeking removal, bears the burden of demonstrating subject matter jurisdiction. In his objection to Judge Cousins' R&R, Cutlip raises several objections based on affirmative defenses or counterclaims that he may allege under federal law. ECF 15. However, [f]ederal jurisdiction cannot be predicated on an actual or anticipated defense . . . [n]or can federal jurisdiction rest upon an actual or anticipated counterclaim." *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) (internal citations omitted). Cutlip also claims that the action involves a federal question because the action arises out of a federal land patent. *Id.* "Federal land patents . . . [however,] do not provide [a basis] for federal question jurisdiction." *Virgin v. Cty. Of San Luis Obispo*, 201 F.3d 1141, 1143 (9th Cir. 2000) (citing *Shulthis v. McDougal*, 225 U.S. 561, 569–70 (1912)). Thus, this Court does not have subject matter jurisdiction over this action.

Accordingly, the Court DENIES Cutlip's motion to proceed in forma pauperis and the

1   above-titled unlawful detainer action is REMANDED to Santa Clara Superior Court.

2   **IT IS SO ORDERED.**

3   Dated: August 30, 2016

4   _____
    BETH LABSON FREEMAN
5   United States District Judge